FILED 21 APR '26 10:36 USDC-ORP

Greetings!,                                                              Apr, 17, 2026

Clerk of the Court,

My Name Is Erik J. Farfan, I Filed a Lawsuit when I was
in prison at TWO RIVER'S CORRECTIONAL INSTITUTION (T.R.C.I)
Umatilla, Or. 97882.

My Case Number Is: 2:26-CV-00523-AB.
I Paroled on April, 3rd, 2026, I Been getting my self situated
and I'm reaching out to give you my information to reach
out to me.

my Address: 506 NW 5th Ave #323
            Portland, OR. 97209-3710

Phone Number: 360-591-3235 / Email Address: erikfarfan11@gmail.com

I'm sorry For the delay or Any Inconvenience on my behalf
my intentions are not to delay the court in any way but rather
is in good Faith.

                        Respectfully,
                        Erik Farfan
                        x Erik Farfan

Erik Farfan
506 NW 5th Ave. #323
Portland, OR. 97209-3710

PORTLAND OR RPDC 972

18 APR 2026  PM 6  L



Mark O. Hatfield U.S. Courthouse
Cleark of Court
1000 S.W. Third Ave.
Portland, OR. 97204

97204-293251